# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:19-cv-00238-GCM

| | | |
|---|---|---|
| NISANDRO SANCHEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ERIK A. HOOKS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on initial review of Nisandro Sanchez's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254.  (Doc. No. 1.)  Also before the Court are Petitioner's Motion to Proceed In Forma Pauperis (Doc. No. 2), Motion to Stay proceedings pending exhaustion of state remedies (Doc. No. 3), and Motion to Lift Stay (Doc. No. 4). Petitioner is represented by counsel.

In accordance with the Rules Governing Section 2254 Cases in the United States District Courts, the Court has reviewed the Petition and attached exhibits and cannot conclude from the record before it that Petitioner is not entitled to relief.  See Rule 4, 28 U.S.C.A. foll. § 2254. Consequently, Respondent shall be directed to respond to the Petition.

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner's Motion to Proceed In Forma Pauperis (Doc. No. 2) is **GRANTED**;

2. Petitioner's Motion to Stay proceedings pending exhaustion of state remedies (Doc. No. 3) is **DISMISSED** as moot;

3. Petitioner's Motion to Lift Stay (Doc. No. 4) is **DISMISSED** as moot (Doc. No. 4),

4. Respondent shall have 45 days from entrance of this Order to file an answer, motion, or other response to the Petition for Writ of Habeas Corpus; and

5. The Clerk of Court shall serve a copy of the Petition and this Order on the Attorney General of North Carolina.

**SO ORDERED.**

Signed: November 7,

Graham C. Mullen
United States District Judge