# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| NISANDRO SANCHEZ, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 3:19-cv-00238-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| **ERIK A. HOOKS** | ) | |
| | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 5, 2021 Order.

April 5 2021

Frank G. Johns, Clerk
United States District Court